UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 0:07-cv-01005-PAM-JSM

LONNA NELSON,
        Plaintiff,

   vs.

U.S. BANK NATIONAL ASSOCIATION, N.D.;
TRANS UNION LLC; and
EXPERIAN INFORMATION SOLUTIONS, INC.;
        Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Lonna Nelson, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice [DN 34], AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Lonna Nelson against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Lonna Nelson and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  April 25, 2008                 s/Paul A. Magnuson
                                                                Paul A. Magnuson, Judge
                                                                United States District Court