**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.:  07-1005 (PAM/JSM)**

Lonna Nelson,

      Plaintiff,

v.

U.S. Bank, National Association,
Trans Union LLC, and
Experian Information Solutions, Inc.,

      Defendants.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the settlement between Plaintiff and Defendant Experian Information Solutions, Inc., Plaintiffs' claims against Defendant Experian Information Solutions, Inc., are hereby dismissed with prejudice, without costs, disbursements or attorney's fees to either party.

BY THE COURT

Dated: May 15, 2008

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court